GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

AKERMAN LLP
Darrick J. Hooker, Esq.
Email: darrick.hooker@akerman.com
Jackie M. Robinson, Esq.
Email: jackie.robinson@akerman.com
71 South Wacker Drive, 4th Floor
Chicago, IL 60606

*Attorneys for Plaintiff,*
*Motown Historical Museum, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOTOWN HISTORICAL MUSEUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER REEVES A/K/A JIN JIN REEVES, WILLIAM E. SHACK, JR., JABARA RECORDS, LLC, V THEATER GROUP, LLC, & MIRACLE MILE SHOPS, <br><br> Defendants. | CASE NO.: 2:19-CV-01535-JAD-VCF <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** <br><br> **(FIRST REQUEST)** |
| AND RELATED COUNTERCLAIM | |

Plaintiff Motown Historical Museum, Inc. ("Plaintiff"), by and through the law firm of Garman Turner Gordon LLP, and Defendants Jennifer Reeves a/k/a Jin Reeves, William E. Shack,

Jr., Jabara Records, LLC, and V Theater Group, LLC (collectively, "Defendants") by and through the law firm of H1 Law Group, hereby stipulate and agree as follows:

The deadline for Plaintiff's response to the Defendants' Counterclaims, filed on February 24, 2020 [Dkt. 33], shall be extended two weeks. The response to the Counterclaims will now be due by March 30, 2020.

DATED: March 16, 2020.

GARMAN TURNER GORDON LLP

*/s/ Eric R. Olsen*
ERIC R. OLSEN
Nevada Bar No. 3127
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119

AKERMAN LLP
DARRICK J. HOOKER
JACKIE M. ROBINSON
71 South Wacker Drive, 4th Floor
Chicago, IL 60606
*Attorneys for Plaintiff,*
*Motown Historical Museum, Inc.*

DATED: March 16, 2020.

H1 LAW GROUP

*/s/ Joel Z. Schwarz*
JOEL Z. SCHWARZ
Nevada Bar No. 9181
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
*Counsel for Defendants Jennifer Reeves*
*a/k/a Jin Jin Reeves, William E. Shack, Jr.,*
*Jabara Records, LLC, and V Theater Group,*
*LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 3-19-2020

4820-7557-0359, v. 1