GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

AKERMAN LLP
IRA S. SACKS (pro hac vice in process)
STEVEN H. DEL MAURO (admitted pro hac vice)
Email: ira.sacks@akerman.com
Email: steven.delmauro@akerman.com
520 Madison Ave., 20th Floor
New York, NY 10022
Tel:  (212) 880-3800
Fax:  (212) 880-8965
Attorneys for Plaintiff,
Motown Historical Museum, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOTOWN HISTORICAL MUSEUM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER REEVES A/K/A JIN JIN REEVES, WILLIAM E. SHACK, JR., JABARA RECORDS, LLC, V THEATER GROUP, LLC, & MIRACLE MILE SHOPS,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO.: 2:19-CV-01535-JAD-VCF<br><br>**AMENDED ORDER GRANTING AMENDED STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[ECF Nos. 66, 67] |

Plaintiff/Counter-Defendant Motown Historical Museum, Inc. (the "Museum"), by and through its counsel Garman Turner Gordon LLP and Akerman LLP,  and Defendants Jennifer Reeves a/k/a Jin

Jin Reeves, William E. Shack, Jr. and V Theater Group, LLC and Defendant/Counterclaimant Jabara Records, LLC (collectively the "Defendants"), by and through their counsel H1 Law Group, hereby stipulate and agree that all claims of Plaintiff against Defendants and all counterclaims of Defendant Jabara Records, LLC against Plaintiff in the above-captioned matter shall be dismissed without prejudice, with each party to bear its own fees and costs incurred in this action.

DATED: September 16, 2020.

| GARMAN TURNER GORDON LLP | H1 LAW GROUP |
|---|---|
| */s/ Eric R. Olsen* | */s/ Joel Z. Schwarz* |
| ERIC R. OLSEN<br>Nevada Bar No. 3127<br> 7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br><br>AKERMAN LLP<br>IRA S. SACKS (pro hac vice in process)<br>STEVEN H. DEL MAURO (admitted pro hac vice)<br>520 Madison Ave., 20th Floor<br>New York , NY 10022<br>*Attorneys for Plaintiff,*<br>*Motown Historical Museum, Inc.* | JOEL Z. SCHWARZ<br>Nevada Bar No. 9181<br>MOOREA KATZ<br>Nevada Bar No. 12007<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074<br>*Counsel for Defendants Jennifer Reeves*<br>*a/k/a Jin Jin Reeves, William E. Shack, Jr.,*<br>*Jabara Records, LLC, and V Theater Group,*<br>*LLC* |

### ORDER

Based on the parties' stipulation [ECF No. 66] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 22, 2020